IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL HAYNES,

    Plaintiff,

v.                                              CASE NO. 1:08-cv-00004-MP-AK

UCI MENTAL HEALTH,
UNION CORRECTIONAL INSTITUTION,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 3, Report and Recommendation of the Magistrate Judge, recommending that this case be transferred to the Middle District of Florida. The time for filing objections has passed, and none have been filed. The Court agrees that the Middle District is the proper venue for this case, as it involves Union Correctional Institution, located in the Middle District. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     The Clerk is directed to transfer this case to the United States District Court for the Middle District of Florida.

**DONE AND ORDERED** this *7th* day of March, 2008

                              *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge